IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LOGAN FULLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZOGOB ENTERPRISES LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> Case No. 1:24-CV-01423 |

## NOTICE OF SETTLEMENT

Plaintiff LOGAN FULLER, and Defendant ZOGOB ENTERPRISES LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending filing of the Confidential Settlement and Release Agreement dated on or about June 27, 2024. Accordingly, the parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 10th day of July, 2024.

Mills Halstead & Zaloudek, LLC

*/s/ Amanda H. Halstead*
Amanda H. Halstead, #35477
Mills Halstead & Zaloudek, LLC
600 Seventeenth Street, Suite 2800
Denver, Colorado 80202
(303)226-5861
*Attorneys for Defendant*

*Pursuant to C.R.C.P. 121, Section 1-26(7) a copy of this document with original or scanned signatures is maintained at the offices of Mills Halstead & Zaloudek, LLC and will be made available for inspection by other parties or the court upon request.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2024, a true and correct copy of the foregoing was filed/served via the CM/ECF system to all parties on record.

*s/Juli A. Gordon*
Juli A. Gordon

*Pursuant to C.R.C.P. 121, Section 1-26(7) a copy of this document with original or scanned signatures is maintained at the offices of Mills Halstead & Zaloudek, LLC and will be made available for inspection by other parties or the court upon request.*