IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LOGAN FULLER, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION |
| vs. | ) |
| | )   Case No. 1:24-CV-01423 |
| ZOGOB ENTERPRISES LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 19, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, ZOGOB ENTERPRISES LLC, and this entire action, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on July 19, 2024.

_____
GORDON P. GALLAGHER
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record